## Commonwealth ex rel. Feingold *v.* Feingold, Appellant.

Argued December 10, 1973. *Leonard Feingold,* appellant, in propria persona; *J. David Bean,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.

SPAULDING, J., absent.